UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JEFFRE BROWN | * | CIVIL ACTION NO. 2:13-cv-2388 |
| v. | * | JUDGE MINALDI |
| SULLAIR, LLC and SERVICE PUMP & COMPRESSOR, INC. | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 58) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE** on the grounds that the proposed intervenors are persons who are required to be joined but whose joinder is not feasible as it destroys diversity, the basis of this court's subject matter jurisdiction.

Lake Charles, Louisiana, this ___ day of _____, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE